[No. 10637-3-III.   Division Three.   August 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. HILARIO
ALVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 89-1-00473-2, Carolyn A. Brown, J., entered
March 2, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11234-9-III.   Division Three.   August 4, 1992.]

DALE JACOBSON, *Respondent*, v. EUGENE VALAER,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 89-2-00567-1, Yancey Reser, J., entered
November 26, 1990. *Reversed* by unpublished opinion per
Thompson, J., concurred in by Shields, C.J., and Munson,
J.

[No. 15942-2-II.   Division Two.   August 5, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
BRIAN WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-00082-2, James D. Ladley, J., entered March
25, 1992. *Reversed* by unpublished per curiam opinion.

[No. 15693-8-II.   Division Two.   August 5, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. DANIEL J.
VAN MILL, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00427-5, Gary W. Velie, J., entered
January 9, 1992. *Vacated* and *remanded* by unpublished
per curiam opinion.